1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GERALD ALLEN HARPER,

11        Petitioner,                    No. CIV S-06-1190 FCD PAN P

12        vs.

13   JAMES TILTON, Director of Corrections,

14        Respondent.                    ORDER

15   _____/

16        Petitioner has requested the appointment of counsel.  There currently exists no

17   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

18   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

19   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

20   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

21   served by the appointment of counsel at the present time.

22   /////

23   /////

24   /////

25   /////

26   /////

Dockets.Justia.com

1     Accordingly, IT IS HEREBY ORDERED that petitioner's June 1, 2006 request

2   for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage

3   of the proceedings.

4   DATED:  June 13, 2006.

5

6                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
7

8   /001; harp1190.110

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26