IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD ALLEN HARPER,

    Petitioner,　　　　　　　　　　　　No. CIV S-06-1190 FCD PAN P

    vs.

JAMES TILTON, Director of Corrections,

    Respondent.　　　　　　　　　　　　<u>ORDER</u>

    _____/

    Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

/////

/////

/////

1

1 Accordingly, IT IS HEREBY ORDERED that petitioner's June 1, 2006 request
2 for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage
3 of the proceedings.
4 DATED:  June 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; harp1190.110