IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD ALLEN HARPER,** | CIV S-06-1190 FCD PAN P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES TILTON, Director of Corrections,** | |
| Respondent. | |

On July 27, 2006, respondent filed a request for extension. Good cause appearing, IT IS HEREBY ORDERED THAT respondent's July 27, 2006 request is granted. Respondent's response to petitioner's petition for writ of habeas corpus shall be filed on or before August 30, 2006.

Dated: July 31, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; harp1190.ext

[Proposed] Order

1