IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD ALLEN HARPER,

    Petitioner,                                No. CIV S-06-1190 FCD EFB P

    vs.

JAMES TILTON, Director of Corrections,

    Respondent.                     Order

_____/

    Respondent requests a second extension of time to file and serve a response to the petition.

    Respondent's August 24, 2006, request is granted and plaintiff has 30 days from the date this order is served to file and serve a response to the petition.

    So ordered.

Dated: August 29, 2006.

                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE

\harp1190.grnt resp eot