IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD ALLEN HARPER,

    Petitioner,

vs.

JAMES TILTON, Director of Corrections,

    Respondent.

No. CIV S-06-1190 FCD EFB P

ORDER

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 28, 2006, respondent requested an extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that respondent's September 28, 2006, request is granted and respondent has 30 days from the date this order is served to file and serve a response to the petition.

Dated: October 2, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\harp1190.grnt resp eot