E-Filed: **7/20/09**

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gerald Allen Harper,** | **CASE NO. CV 06-1190-GHK** |
| **Petitioner,** | |
| **v.** | **JUDGMENT** |
| **James E. Tilton,** *et al.*, | |
| **Respondents.** | |

Pursuant to our July 20, 2009 Order denying Petitioner's Petition for Writ of Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **DENIED with prejudice**.

**IT IS SO ORDERED.**

DATED: July 20, 2009

_____
GEORGE H. KING
United States District Judge[1]

---

[1]  United States District Judge for the Central District of California sitting by designation.