E-FILED: **11/10/09**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerald Harper,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>James Tilton, *et al.*<br><br>　　　　Respondents. | CASE NO. CV 06-01190-GHK<br><br>Order Denying Certificate of Appealablity |

　　　The Court has reviewed the Petitioner's "Application for Certificate of Appealability" filed July 28, 2009.

　　　**IT IS ORDERED** that the Petition for Issuance of Certificate of Appealability ("COA") is **DENIED**. To obtain a COA, a habeas prisoner must make a substantial showing of the denial of a constitutional right, which "includes showing that reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *See Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000) (citations and quotations omitted). Petitioner has made no such showing here.

　　　**IT IS FURTHER ORDERED** that the Clerk shall serve copies of this Order, by United States mail, on Petitioner and counsel for Respondent. The Clerk shall forward

the record in this case to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

DATED: November 10, 2009

_____
GEORGE H. KING
United States District Judge[1]

---

[1] United States District Judge for the Central District of California sitting by designation.