**FILED: 5/31/12**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gerald Allen Harper,** | CASE NO. CV 06-1190-GHK |
| Petitioner, | |
| v. | ORDER DENYING RULE 60(b)(1), (2), (3) MOTION |
| **James E. Tilton,** *et al.*, | |
| Respondents. | |

This matter[1] is before us on Petitioner's Motion under Fed. R. Civ. P. 60(b)(1), (2) and (3) filed on April 26, 2012. The caption of the Motion also states: "See: All Documents sent on April 16, 2012." However, neither the Eastern District of California nor the Central District of California has received any such documents. In any event, the absence of such unidentified documents does not affect our ruling here.

Petitioner seeks relief under Fed. R. Civ. P. 60(b)(1), (2) and (3) from our July 20, 2009 Judgment denying Petitioner's Petition for a Writ of Habeas Corpus. Rule 60(c)(1) states that any such motion must be filed no more than one year after the entry of the

---

[1] Although Petitioner named James E. Tilton in his Petition, the correct Respondent is Robert L. Ayers, Acting Warden at Calipatria State Prison.

1  judgment. In this case, more than one year has elapsed since our July 20, 2009
2  Judgment. Accordingly, this Motion is DENIED as untimely.

**IT IS SO ORDERED**.

DATED: MAY 31, 2012

_____
GEORGE H. KING
United States District Judge[2]

---

[2] United States District Judge for the Central District of California sitting by designation.