# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gerald Allen Harper,** | **CASE NO. CV 06-1190-GHK** |
| Petitioner, | |
| v. | **JUDGMENT** |
| **James E. Tilton,** *et al.*, | |
| Respondents. | |

Pursuant to our June 23, 2014 Order, **IT IS HEREBY ADJUDGED** that Petitioner's Rule 60(b) Motion is **DENIED without prejudice**. Also pursuant to our June 17, 2014 Order, we **DENY** issuance of a certificate of appealability.

**IT IS SO ORDERED.**

DATED: June 23, 2014

_____
GEORGE H. KING
United States District Judge[1]

---

[1] Chief United States District Judge for the Central District of California sitting by designation.