

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerald Allen Harper, | CASE NO. CV 06-01190-GHK |
| Petitioner, | |
| v. | Order Denying Request for Evidentiary Hearing |
| James Tilton, *et al.* | |
| Respondents. | |

This matter is before us on Petitioner's Evidence of Hunger Strike and Request for an Evidentiary Hearing filed on October 14, 2014. Petitioner renews his claims that the state superior court intentionally withheld defense investigation files and requests an evidentiary hearing to resolve this matter "once and for all." (Request at 3.) We have already considered and rejected Petitioner's request for an evidentiary hearing on these grounds. (*See* July 20, 2009 Order Denying Petitioner's Petition for Writ of Habeas Corpus, Dkt. 44, at 11 ("No evidentiary hearing is warranted here. A sufficient factual background . . . has been provided to the Court by Petitioner and Respondent.").) Accordingly, Petitioner's Request is **DENIED**.

**IT IS SO ORDERED.**

DATED: October 21, 2014

_____
GEORGE H. KING
United States District Judge[1]

---

[1] Chief United States District Judge for the Central District of California sitting by designation.