FILED
CLERK, U.S. DISTRICT COURT

JAN 2 3 2015

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerald Allen Harper,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>James Tilton, *et al.*<br><br>　　　　Respondents. | CASE NO. CV 06-01190-GHK<br><br>Order Denying Certificate of Appealability |

　　On October 21, 2014, we denied Petitioner's Request for an Evidentiary Hearing. [Dkt. 80.] On October 31, 2014, Petitioner submitted an Application for Certificate of Appealability from District Court. [Dkt. 82.] Petitioner has not made a substantial showing that his rights were denied or that reasonable jurists would have resolved this issue differently. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Barefoot v. Estelle*, 463 U.S. 880, 893 (1983), *superseded by statute on other grounds*. Therefore, we **DENY** Petitioner's Application.

**IT IS SO ORDERED.**

DATED: January 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge[1]

---

[1] Chief United States District Judge for the Central District of California sitting by designation.