

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerald Allen Harper,<br><br>        Petitioner,<br><br>    v.<br><br>James Tilton, *et al.*<br><br>        Respondents. | CASE NO. CV 06-01190-GHK<br><br>Order (1) Denying Rule 60(b) Motions and (2) Denying Certificate of Appealability |

    This matter is before us on two of Petitioner's Motions under Fed. R. Civ. P. 60(b)(1), (2), and (3), filed on October 6, 2014 [Dkt. 77] and December 22, 2014 [Dkt. 86]. In both Motions, Petitioner seeks relief from our July 20, 2009 Judgment denying Petitioner's Petition for a Writ of Habeas Corpus. Petitioner filed a similar Motion on November 15, 2013. [Dkt. 56.] On June 27, 2014, we denied Petitioner's Motion[1] because (1) it was filed four years after entry of judgment and was untimely under Rule 60(b) and (2) we did not have jurisdiction to hear Petitioner's successive habeas petition without prior authorization from a court of appeals. *See* Fed. R. Civ. P. 60(c)(1); 28 U.S.C. § 2244(b)(3).

---

[1] *See* Dkt. 70.

Petitioner's new Motions do not indicate that he has sought nor obtained an order permitting us to entertain his second petition. Instead, they rehash the same request for relief on the merits asserted in Petitioner's November 15, 2013 Motion.[2] Accordingly, Petitioner's Motions are **DENIED** without prejudice for lack of jurisdiction.

Further, Petitioner cannot show that jurists of reason would find it debatable whether this Court is correct in its procedural ruling. Therefore, we **DENY** issuance of a certificate of appealability. See *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); Rule 11(a), Rules Governing Section 2254 Proceedings for the United States District Courts.

**IT IS SO ORDERED.**

DATED: February 13, 2015

_____
GEORGE H. KING
United States District Judge[3]

---

[2] Petitioner's Motions also include requests for an evidentiary hearing. Petitioner made this same request in his October 14, 2014 Evidence of Hunger Strike and Request for an Evidentiary Hearing, which we denied on October 21, 2014. [Dkts. 79-80.]

[3] Chief United States District Judge for the Central District of California sitting by designation.